(October 8, 1970)

In the Matter of DOMINIC J. BARANELLO, Appellant-Respondent, v. MALCOLM E. SMITH, JR., et al., Respondents-Appellants, and EVERETT F. MCNAB et al., Constituting the Board of Elections of Suffolk County, Respondents.— No opinion. Christ, P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.

(October 9, 1970)

In the Matter of J. STANLEY SHAW, Appellant, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— No opinion. Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.